D+F *

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                          Plaintiff,

      - against -

DAMARIS FRANCIS,

                          Defendant,

CITIBANK, N.A.

                          Garnishee.
-----------------------------------------------------------X

REFERRAL TO
MAGISTRATE JUDGE

98 CV 7745 (ARR)

ROSS, U.S.D.J.:

Solomon and Solomon representing the United States of America in the above-captioned case was issued a writ of garnishment on July 20, 2005 by this court against defendant, Damaris Francis.

Damaris Francis, the defendant in this case has requested a hearing (see letter dated August 24, 2005) in response to plaintiff's request for a writ of garnishment.

Defendant's request for a hearing is respectfully referred for report and recommendation to Magistrate Judge Mann pursuant to 28 U.S.C. § 636(b)(1)(B).

        SO ORDERED:

Dated: Brooklyn, New York
       November 2, 2005

                                        Allyne R. Ross
                                        United States District Judge

1

* REQUEST FOR HEARING DOCUMENTS FORWARDED TO MAG. JUDGE MANN

## Mailing List

Damaris Francis
394 Montgomery Street
Apt. 4g
Brooklyn, NY 11225


Douglas M. Fisher, Esq.
Solomon & Solomon
Five Columbia Circle
P.O. Box 15019
Albany, NY 12203


Magistrate Judge Mann